## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LOPEZ** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-652** |
| | : | |
| **SCHOOL DISTRICT OF LANCASTER,** | : | |
| **et al.** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 24th day of April, 2026, upon the filing of Plaintiff's Amended Complaint (ECF No. 23), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF NO. 20) is **DENIED** as moot.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**