## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER LOPEZ                     :
                    Plaintiff,        :    CIVIL ACTION
                                      :
          v.                          :    NO.  26-652
                                      :
SCHOOL DISTRICT OF LANCASTER,         :
et al.                                :
                    Defendants.       :

## ORDER

AND NOW, this 30th day of April, 2026, it is hereby **ORDERED** that a telephonic hearing on Plaintiff's Motion for a Temporary Restraining Order (ECF No. 26) is scheduled for **Monday, May 4, 2026, at 2:00 p.m.** Counsel shall dial 855-244-8681, and enter access code 2318 988 5581 to participate in the conference.

BY THE COURT:

/s/ Catherine Henry

CATHERINE HENRY, J.