**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| CHRISTOPHER LOPEZ, | : | |
| | : | |
| Plaintiff, | : | No. 5:26-cv-00652-CH |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF LANCASTER, et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendants do not oppose Plaintiff's Motion for Leave to File a Second Amended Complaint

[ECF. No. 25]

LEVIN LEGAL GROUP, P.C.

/s/ *Michael I. Levin*

Michael I. Levin, Esquire
James Musial, Esquire
1301 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, PA  19006
215-938-6378
*Counsel for Defendants*

Date:   May 4, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date I electronically filed the Defendants' Response to Plaintiff's Motion For Leave to File a Second Amended Complaint and this is available for viewing and downloading from the ECF system by all counsel of record.

LEVIN LEGAL GROUP, P.C.

*/s/ James J. Musial*
James J. Musial

Date: May 4, 2026