**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| CHRISTOPHER LOPEZ, | : | |
| | : | |
| Plaintiff, | : | No. 5:26-cv-00652-CH |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF LANCASTER, et al. | : | |
| | : | |
| Defendants. | : | |

**STIPULATION REGARDING ADDITIONAL TIME TO
RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
<u>OR SECOND AMENDED COMPLAINT</u>**

Through their counsel, Plaintiff, Christopher Lopez, and All Defendants, pursuant to Local

Rule 7.4, and subject to the Court's approval, stipulate as follows:

1.      On April 23, 2026, Plaintiff filed an Amended Complaint [ECF No. 23].

2.      On April 28, 2026, Plaintiff files a Motion For Leave to File a Second Amended

Complaint ("Plaintiff's Motion") [ECF No. 25].

3.      On May 4, 2026, Defendants filed their Response [ECF No. 29] to Plaintiff's

Motion, stating in its entirety as follows: "Defendants do not oppose Plaintiff's Leave to File a

Second Amended Complaint [ECF. No 25]."

4.      Unless the Court grants Plaintiff's Motion meanwhile, or grants an extension of

time, Defendants' response to Plaintiff's Amended Complaint is due by April 7, 2026.

5.      Defendants' counsel has conferred with Plantiff's counsel, and it was agreed that Defendants may have an extension of time of 14 days from the date that the Court rules on Plaintiff's Motion for Defendants to file their response to the Amended Complaint or, if Plaintiff's Motion is granted, 14 days from the date that the Second Amended Complaint is filed.

/s James J. Musial
Michael I. Levin
James J. Musial
Levin Legal Group, P.C.
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
(215) 938-6378
Attorneys for Defendants

s/ Casey Alan Coyle
Casey Alan Coyle, Esquire
Morgan M. Madden, Esquire
Theresa Davis, Esquire
Babst Calland Clements and Zomnir P.C.
300 N. 2nd Street, Suite 801
Harrisburg, PA 17101
(717) 868-8377
Counsel for Plaintiff Christopher Lopez

IT IS SO ORDERED.

*/s/ Catherine Henry*

The Hon. Catherine Henry, J.

5/5/2026

2