AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern  District of Pennsylvania

|  |  |  |
|---|---|---|
| CHRISTOPHER LOPEZ | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.    5:26-cv-00652-CH |
| (SEE ATTACHMENT) | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Casey Alan Coyle
Babst Calland
300 N 2nd Street
Suite 801
Harrisburg, PA 17101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:            5/5/26

*Evelyn Renner*

*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action  (ATTACHMENT)

Civil Action No.      5:26-cv-00652-CH

*Defendant(s)*

SCHOOL DISTRICT OF LANCASTER, JENNIFER EATON, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors,
DENISHA GANZ, in her official capacity as a member of the School District of Lancaster Board of Directors,
ROBIN GOODSON, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors,
MOLLY HENDERSON, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors,
KATRINA HOLMES, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors,
MARA CRESWELL MCGRANN, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors,
KEITH MILES, JR., in his individual capacity and in his official capacity as the Superintendent of the School District of Lancaster
LUIS MORALES, in his individual capacity and in his official capacity as a member of the School District of Lancaster Board of Directors,
 DAVID PARRY, in his individual capacity and in his official capacity as a member of the School District of Lancaster Board of Directors,
ANITA PILKERTON- PLUMB, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors, and
KAREENA RIOS, in her individual capacity and in her official capacity as a member of the School District of Lancaster Board of Directors

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        5:26-cv-00652-CH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: