## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LOPEZ** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-652** |
| | : | |
| **SCHOOL DISTRICT OF LANCASTER,** | : | |
| **et al.** | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 22nd day of July, 2026, upon consideration of the parties' letter to the Court dated July 16, 2026, it is hereby **ORDERED** that the letter is construed as a Motion for Referral to a Magistrate Judge for Settlement Purposes and the Motion is **GRANTED**. It is further **ORDERED** as follows:

1.    The case is referred to the Honorable Elizabeth L. Toplin for the purposes of scheduling and conducting a settlement conference.  The parties are directed to contact Judge Toplin's chambers for the purpose of scheduling a settlement conference.

2.    The parties shall file a status report with this Court within 7 days of any settlement conference with Judge Toplin.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**