**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER LOPEZ**<br>***Plaintiff(s)***<br><br>**v.**<br><br>**SCHOOL DISTRICT OF LANCASTER**<br>***Defendant(s)*** | **Civil Case No. 26-652** |

**ORDER**

**AND NOW,** this 14th day of September, 2026, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

**BY THE COURT:**

*/s/ Catherine Henry*
**CATHERINE HENRY, J.**